UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KENNETH GRAY MOFFITT | ) | Chapter 7 |
|     Debtor | ) | Case No. 12-50829 |
| _____ ) | | |
| KENNETH GRAY MOFFITT | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | Adversary No. 12-_____ |
| | ) | |
| COMMONWEALTH OF | ) | |
| MASSACHUSETTS | ) | |
|     Defendant | ) | |
| _____ ) | | |

## **COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

Now comes the debtor, by and through counsel, and for his complaint to determine dischargeability of debt states:

1. Debtor filed a Chapter 7 bankruptcy petition in the Western District of Kentucky on September 21, 2012.

2. Debtor was indebted as of the case filing date to the Commonwealth of Massachusetts for state income taxes for the 2002, 2003, 2004, and 2005 tax years in the approximate amount of $17,500.00.

3. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(I). This Court has jurisdiction pursuant to 28 U.S.C. §157(b)(1).

4. The debtor filed income tax returns for the years 2002, 2003, 2004, and 2005.

5. The tax debt and associated fees and penalties owed by the debtor for the tax years 2002, 2003, 2004, and 2005 do not fall within the exceptions to discharge stated in 11 U.S.C. §523.

WHEREFORE, debtor prays that this honorable Court enter an Order that the tax debt and all associated fees and penalties owing to the defendant for the year 2002, 2003, 2004, and 2005 are a dischargeable debt that will be discharged by an order of discharge entered in this case.

Respectfully submitted,

BY:   /s/Marcus H. Herbert
      Marcus H. Herbert
      Attorney at Law
      416 South 5th Street
      PO Box 2693
      Paducah, KY 42002-2693
      (270) 443-0303