## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

IN RE:  
Kenneth Gray Moffitt

Case No.:12–50829–thf

Debtor(s)

Chapter: 7

# NOTICE FOR OBJECTIONS

This matter comes before the Court regarding item(s) listed below:

Notice for Objections entered in Adversary Proceeding 12–5029 regarding (related document(s)[21] Motion Seeking a Determination of Dischargeability of IRS Tax Debt Obligations for Tax Years 2002, 2004, and 2005. Filed by Plaintiff Kenneth Gray Moffitt ). Any objection or response to this Motion MUST be filed in AP Case 12–5029. Objections due by 8/14/2013. (Preston, T)

and the Court being sufficiently advised,

IT IS HEREBY ORDERED that objections, if any, be filed with the Clerk of the U.S. Bankruptcy Court.

All objections shall by typewritten and in proper pleading form as required by the Federal Rules of Bankruptcy Procedure and you shall certify that you have mailed a copy of the objection to the Movant.

A copy of said pleading is available for inspection and/or copying in the Clerk's Office.

A copy of this notice shall be mailed to parties in interest.

Dated: 7/24/13

By: tmp  
Deputy Clerk

FOR THE COURT  
Diane S. Robl  
Clerk, U.S. Bankruptcy Court

```
                                United States Bankruptcy Court
                                 Western District of Kentucky
In re:                                                                  Case No. 12-50829-thf
Kenneth Gray Moffitt                                                    Chapter 7
        Debtor                        CERTIFICATE OF NOTICE
District/off: 0644-5          User: tpreston              Page 1 of 3            Date Rcvd: Jul 24, 2013
                              Form ID: 243                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2013.
db           +Kenneth Gray Moffitt,    1910 Jefferson St.,    Paducah, KY 42001-7118
5050290      +American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
5050289      +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
5050293      +Bluegrass BMW,    3235 Park Ave,    Paducah, KY 42001-4007
5050297       Community Financial Services Bank,    McCracken County Banking Center,    3390 Park Avenue,
               Paducah, KY 42001-4084
5050305      +John Gust and Tiffany Gust,    PO Box 8489,    Paducah, KY 42002-8489
5050306      +Kendra Gray,    1910 Jefferson St,    Paducah, KY 42001-7118
5050308      +Kenneth R. Moffitt,    374 Timberlane,    Huntingdon, TN 38344-1621
5050310       Massachusetts Dept of Revenue,    PO Box 7021,    Boston, MA 02204-0001
5050311     ++NSTAR GAS COMPANY AND NSTAR ELECTRIC COMPANY,    ATTN LEGAL COLLECTIONS,    1 NSTAR WAY NW 220,
               WESTWOOD MA 02090-2341
              (address filed with court: Nstar Electric,     1 Nstar Way,    Westwood, MA 02090)
5050312      +Paula Bartlett,    318 Rindge Avenue,    Cambridge, MA 02140-3149
5050314      +Providian National Bank,    c/o Cleversey & Massa, P.C.,    143 Essex Street,    Suite 5F,
               Haverhill, MA 01832-5732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 24 2013 19:37:14
               BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 201347,
               Arlington, TX 76006-1347
5050295       E-mail/Text: bankruptcynotices@bmwfs.com Jul 24 2013 19:13:00     BMW Financial Services,
               5515 Parkcenter Circle,    Dublin, OH 43017
5050294      +E-mail/Text: bankruptcynotices@bmwfs.com Jul 24 2013 19:13:01     BMW Financial Services,
               Attn: Bankruptcy Department,    5550 Britton Pkwy,    Hilliard, OH 43026-7456
5050291      +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2013 19:13:40     Banana Republic,    PO Box 965005,
               Orlando, FL 32896-5005
5050292      +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2013 19:16:44     Banana Republic (GEMB),
               Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
5050296       E-mail/Text: bankruptcydpt@mcmcg.com Jul 24 2013 19:07:25     Capital One,
               c/o Midland Credit Management, Inc.,    PO Box 60578,    Los Angeles, CA 90060-0578
5050301       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2013 19:16:32
               Discover Financial Services LLC,    Po Box 15316,    Wilmington, DE 19850
5050299      +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2013 19:16:43     Dillard's,    PO Box 965005,
               Orlando, FL 32896-5005
5050300      +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2013 19:16:43     Dillards (GEMB),    Attn: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
5050298       E-mail/Text: cio.bncmail@irs.gov Jul 24 2013 19:05:11     Department of the Treasury,
               Internal Revenue Service,    Cincinnati, OH 45999-0030
5050304       E-mail/Text: cio.bncmail@irs.gov Jul 24 2013 19:05:11     Internal Revenue Service,
               PO Box 21126,    Stop: N-781,    Philadelphia, PA 19114
5050303       E-mail/Text: cio.bncmail@irs.gov Jul 24 2013 19:05:11     Internal Revenue Service,    PO Box 9019,
               Holtsville, NY 11742-9019
5050302       E-mail/Text: cio.bncmail@irs.gov Jul 24 2013 19:05:11     Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
5050309       E-mail/Text: bnckohlsnotices@becket-lee.com Jul 24 2013 19:07:11     Kohl's Payment Center,
               PO Box 2983,    Milwaukee, WI 53201-2983
5050315      +E-mail/Text: bknotice@erccollections.com Jul 24 2013 19:12:28     Sprint,
               c/o Enhanced Recovery Corp,    Attention: Client Services,    8014 Bayberry Rd,
               Jacksonville, FL 32256-7412
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5050307*     +Kendra Gray,    1910 Jefferson Street,    Paducah, KY 42001-7118
5050313*     +Paula Bartlett,    318 Rindge Ave,    Cambridge, MA 02140-3149
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0644-5          User: tpreston             Page 2 of 3            Date Rcvd: Jul 24, 2013
                              Form ID: 243               Total Noticed: 27

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2013**                          **Signature:** _Joseph Speetjens_

```
District/off: 0644-5          User: tpreston            Page 3 of 3              Date Rcvd: Jul 24, 2013
                              Form ID: 243              Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2013 at the address(es) listed below:

```
              Andrew C. Strelka    on behalf of Defendant    United States of America, United States Department
               of the Treasury andrew.c.strelka@usdoj.gov,   eastern.taxcivil@usdoj.gov
              Celine E. Jackson    on behalf of Defendant    Massachusetts Department of Revenue
               jacksonc@dor.state.ma.us
              Deborah B. Simon     trustee@dbsimonlaw.com,   dsimon@ecf.epiqsystems.com;admin@dbsimonlaw.com
              Joseph J. Golden     ustpregion08.lo.ecf@usdoj.gov
              Marcus H. Herbert    on behalf of Debtor Kenneth Gray Moffitt herbertlaw@vci.net
              Marcus H. Herbert    on behalf of Plaintiff Kenneth Gray Moffitt herbertlaw@vci.net
                                                                                             TOTAL: 6
```